# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

AUGUSTO COELLO, :
*as Administrator of the Estate* :
*of DENNIS OMAR ARGUETA*, :
       **Plaintiff** : **CIVIL ACTION NO. 3:13-534**
   **v.** : **(JUDGE MANNION)**
      :
**FRAC TECH SERVICES, LLC** :
*et al*. :
       **Defendants** :

## ORDER

**IT IS HEREBY ORDERED THAT** the defendants' motions to dismiss the claim for punitive damages, (Doc. No. 7; Doc. No. 15), are **DENIED**.

                      s/ *Malachy E. Mannion*
                      **MALACHY E. MANNION**
                      **United States District Judge**

**DATE: October 10, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0534-01-ORDER.wpd